1  MARK J. CONNOT (10010)
   **FOX ROTHSCHILD LLP**
2  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
3  (702) 262-6899 tel
   (702) 597-5503 fax
4  mconnot@foxrothschild.com
   *Attorneys for Defendant*
5  *The Service Companies, Inc.*

6

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  ROBERTO BALAYAN,

10          Plaintiff,
                                    Case No.: 2:15-cv-01880 (JAD) (VCF)
11     v.

12 THE SERVICE COMPANIES, INC., a Florida
   Corporation,
13
            Defendant.
14
                    Order granting
15         **MOTION TO CHANGE THE DATE OF THE
            EARLY NEUTRAL EVALUATION SESSION**

16      Defendant The Service Companies, Inc., a Florida Corporation ("Defendant"), by and

17 through its attorneys, Fox Rothschild LLP, hereby moves this Court for an order to change the

18 date of the Early Neutral Evaluation Session currently set for January 14, 2016 at 9:30 a.m. This

19 Motion does not raise any legal issues, therefore a Memorandum of Points and Authorities is not

20 necessary.

21      Dated this 17th day of November, 2015.

22
                                    **FOX ROTHSCHILD LLP**
23
                                    */s/ Mark J. Connot*
24                                  MARK J. CONNOT (10010)
                                    3800 Howard Hughes Parkway, Suite 500
25                                  Las Vegas, Nevada 89169
                                    *Attorneys for Defendant*
26                                  *The Service Companies, Inc.*

27

28

1. Pursuant to the current Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada, this Court scheduled the ENE to begin on January 14, 2016 at 9:30 a.m. in an Order dated November 4, 2015 (the "Order"). [Docket Entry No. 8].

2. The Order requires the following individuals, *inter alia*, to be present in person for the duration of the ENE session: (1) all counsel of record who will be participating in the trial; (2) an officer or representative with binding authority to settle this matter up to the full amount of the claim; and (3) a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim. [Id. at 1].

3. In addition, the Order requires that "[a]ny request to change the date of the ENE must be made in writing and must be filed within 14 days of the issuance of this order. Such requests must include at least 5 alternative dates on which all required participants are available to attend the ENE." [Id.].

4. Due to a prior scheduling conflict, Defendant's counsel will be unable to attend the ENE on January 14, 2016.

5. Having contacted and conferred with all parties whose presence is required at the ENE, Defendant, with the consent of Plaintiff's counsel, respectfully requests that the ENE be adjourned to one of the 5 following alternative dates: (1) February 2, 2016; (2) February 3, 2016; (3) February 4, 2016; (4) February 16, 2016; or (5) February 17, 2016.

6. Finally, the Order also directs the parties to submit written evaluation statements no later than January 7, 2016. [Id. at 3]. In light of Defendant's request to adjourn the January 14, 2016 ENE, Defendant also requests that the January 7, 2016 deadline to submit written evaluation statements be adjourned to one week in advance of the new ENE date.

///
///
///
///

ACTIVE 32434148v1 11/17/2015

WHEREFORE, Defendant requests an Order directing as follows:

1. That the January 14, 2016 ENE be adjourned to one of the 5 alternative dates jointly proposed by the parties; and

2. That the January 7, 2016 deadline to submit written evaluation statements be similarly adjourned to one week prior to the new ENE date.

DATED: November 17, 2015

**FOX ROTHSCHILD LLP**

By: /s/ Mark J. Connot
MARK J. CONNOT (10010)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*The Service Companies, Inc.*

This motion is GRANTED. The ENE is continued to 9:30 a.m. on February 4, 2016. ENE statements shall be submitted by January 28, 2016. All other requirements outlined in the order at Docket No. 8 continue to govern. IT IS SO ORDERED.

Dated: November 18, 2015

_____
United States Magistrate Judge

ACTIVE 32434148v1 11/17/2015