PAUL SWEN PRIOR
Nevada Bar No. 9324
KARL O. RILEY
Nevada Bar No. 12077
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5209
Facsimile: (702) 784-5252
Email: kriley@swlaw.com

ALLEN J. MAINES
Georgia Bar No. 466575
(*admitted pro hac vice*)
CYNTHIA G. BURNSIDE
George Bar No. 097107
(*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA  30309
Telephone:  404-817-8500
Facsimile:  404-881-0470
Email: allen.maines@hklaw.com
          cynthia.burnside@hklaw.com

*Attorneys for Defendant The Service Companies, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO BALAYAN,<br><br>              Plaintiff,<br><br>      v.<br><br>THE SERVICE COMPANIES, INC., a Florida Corporation,<br><br>              Defendant. | Case No.: 2:15-cv-01880 (JAD) (CF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**ORDER** |

     Plaintiff Roberto Balayan and Defendant The Service Companies, Inc. participated in the Court's Early Neutral Evaluation process, and have reached a mutually agreeable resolution to all claims.  As such, they hereby give notice that the above case is dismissed with prejudice, with

all fees and costs taxed as set forth in the Confidential Settlement and Release Agreement executed by the parties on or about February 29, 2016.

DATED this 2nd day of March, 2016                    DATED this  2nd day of March, 2016.

LAW OFFICES OF MICHAEL BALABAN          SNELL & WILMER L.L.P.

By: /s/ Michael P. Balaban                                          By: /s/ Karl O. Riley
    Michael P.  Balaban                                              Paul Swen Prior
    Nevada Bar No. 12077                                         Nevada Bar No. 9324
    10726 Del Rudini Street                                         Karl O. Riley, Esq.
    7854 W. Sahara Avenue                                         Nevada Bar No. 12077
    Las Vegas, NV 89141                                              3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 586-2964                                                  Las Vegas, Nevada 89169
    Facsimile: (702) 586-3023                                        Tel: (702) 784-5200
    Email: mbalaban@balaban-law.com

*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP
ALLEN J. MAINES (GA Bar No. 466575)
(*Admitted pro hac vice* )
CYNTHIA G. BURNSIDE ( Bar No. 097107)
(*Admitted pro hac vice* )
1180 West Peachtree Street, Suite 1800
Atlanta, GA  30309
Telephone:  404-817-8500
Facsimile:  404-881-0470
Email:      allen.maines@hklaw.com
             cynthia.burnside@hklaw.com

*Attorneys for Defendant The Service Companies, Inc.*

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  March 2, 2016.

_____
UNITED STATES DISTRICT JUDGE